LUCIEN B. TERRY et al., Respondents, *v.* HENRY BANGE, Appellant.

(Argued June 2, 1890; decided June 17, 1890.)

APPEAL from order of the General Term of the Superior Court of the city of New York, made March 4, 1890, which affirmed an order of Special Term denying a motion to vacate the appointment of a receiver herein.

*Edward Perkins* for appellant.

*William C. Holbrook* for respondents.

Agree to dismiss appeal; no opinion.
All concur.
Appeal dismissed.

———————

THE AUSABLE COMPANY, Respondent, *v.* SETH HARGRAVES et al., Appellants.

(Argued June 3, 1890; decided June 17, 1890.)

APPEAL from judgment of the General Term of the Supreme Court in the third judicial department, entered upon an order made February 7, 1888, which affirmed a judgment in favor of plaintiff entered upon a verdict directed by the court.

*A. N. Weller* for appellants.

*E. B. Hinsdale* for respondent.

Agree to affirm; no opinion.
All concur.
Judgment affirmed.